UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| TRAVIS EDLAND,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BASIN ELECTRIC POWER COOPERATIVE,<br><br>　　　　Defendant. | 4:21-cv-04008-KES<br><br>**BASIN ELECTRIC POWER COOPERATIVE'S MOTION TO DISMISS** |

Defendant Basin Electric Power Cooperative ("Basin"), by and through its counsel of record, respectfully asks the Court to dismiss with prejudice plaintiff's complaint under Rule 12(b)(6) of the Federal Rules of Civil Procedure in its entirety. Basin also respectfully asks this court to award Basin its costs and fees pursuant to Section 505 of the Copyright Act. The grounds for this motion are explained further in the accompanying memorandum.

Dated March 2, 2021.

　　　　　　　　　　　　　　　　　　　LYNN, JACKSON, SHULTZ & LEBRUN, P.C.


　　　　　　　　　　　　　　　　　　　*/s/ Dana Van Beek Palmer*
　　　　　　　　　　　　　　　　　　　Dana Van Beek Palmer
　　　　　　　　　　　　　　　　　　　Michael L. Luce
　　　　　　　　　　　　　　　　　　　110 N. Minnesota Ave., Ste. 400
　　　　　　　　　　　　　　　　　　　Sioux Falls, SD  57104
　　　　　　　　　　　　　　　　　　　Telephone: (605) 332-5999
　　　　　　　　　　　　　　　　　　　E-mails: dpalmer@lynnjackson.com
　　　　　　　　　　　　　　　　　　　　　　　　mluce@lynnjackson.com

and

Ruth Rivard (MN#327591) (*admitted PHV*)
Stinson LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN  55402
Telephone: (612) 335-1500
Email: ruth.rivard@stinson.com

*Attorneys for Basin Electric Power Cooperative*