UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| TRAVIS EDLAND,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>BASIN ELECTRIC POWER COOPERATIVE,<br><br>　　　　Defendant. | 4:21-CIV-04008-KES<br><br><br>**PLAINTIFF'S ANSWER TO DEFENDANT'S COUNTERCLAIM** |

Plaintiff answers the Counterclaim of Defendant as follows:

1.　Nothing in the Counterclaim is admitted unless expressly and specifically admitted.

2.　The Counterclaim fails to state a claim upon which relief may be granted.

3.　Plaintiff disputes being liable to Defendant or otherwise being subject to the relief requested by Defendant under any set of facts or legal theories.

4.　Plaintiff disputes Defendant's alleged entitlement to relief.

5.　Plaintiff incorporates by reference the allegations contained in the Complaint as if fully set forth herein and denies any allegation in the Counterclaim which contradicts, in whole or in part, any allegation in the Complaint.

6.　Defendant's claims may be barred, in whole or in part, by the following defenses or legal doctrines: ripeness, standing, unclean hands, or other defenses that are applicable based on newly discovered facts (and Plaintiff reserves the right to assert such additional defenses).

7.　Plaintiff is entitled to dismissal of the Counterclaim with prejudice.

8. As to ¶ 1 of the Counterclaim, while this action includes, but is not limited to, allegations of infringement of registered copyrights, Plaintiff is unable to admit or deny the remainder.

9. As to ¶ 2 of the Counterclaim, Defendant asserts a declaratory claim, but Plaintiff denies Defendant is entitled to the relief sought.

10. Plaintiff is unable to admit or to deny ¶ 3 of the Counterclaim.

11. As to ¶ 4 of the Counterclaim, Plaintiff admits being previously employed by Defendant, but does not have the precise date he began such employment; Plaintiff admits Defendant terminated his employment on or about July 11, 2020, but denies Defendant's asserted reasons for termination.

12. As to ¶¶ 5 through 7 of the Counterclaim, Plaintiff does not contest personal jurisdiction or venue, subject to affirmative defenses, but denies Defendant is entitled to the relief sought.

13. As to ¶¶ 8 through 15 of the Counterclaim, Plaintiff denies Defendant's characterization of the events and content of the videos, denies Defendant's factual allegations, and refers the Court to his Complaint.

14. Plaintiff denies the allegations in ¶¶ 16 through 26 of the Counterclaim.

15. Plaintiff denies Defendant's prayer for relief.

16. Plaintiff denies threatening Defendant or any of Defendant's employees.

17. Plaintiff denies Defendant's purported reasons for infringing his copyrights and violating the DMCA as set forth in his Complaint.

18. Plaintiff denies violating any policies or practices of Defendant, as well as Defendant's purported reasons for terminating his employment.

19. Plaintiff denies Defendant obtained a "no trespass order." No such order was issued by any governmental authority. Rather, Defendant hired the local sheriff to deliver a document Defendant itself prepared asking Plaintiff to stay off Defendant's property, despite no prior trespasses by Plaintiff. Defendant's motivation for having the sheriff deliver the document appears to be to "paper" the record on its false narrative of Plaintiff threatening Defendant.

20. Plaintiff denies Defendant's characterization of the OSHA proceedings.

21. Posting videos on YouTube is a performance, not a publication, under the law.

22. Plaintiff's copyrighted videos are unpublished works.

23. Plaintiff denies the remainder of the Counterclaim.

WHEREFORE, Plaintiff prays for the following relief:

A. For dismissal of the Counterclaim with prejudice;

B. For recovery of costs, disbursements, and attorney's fees if allowed; and

C. For other relief this Court finds lawful, equitable, just, fair, reasonable, or appropriate.

## DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury on all issues of fact.

Dated at Sioux Falls, South Dakota, this 16th day of August, 2021.

DAVENPORT, EVANS, HURWITZ & SMITH, L.L.P.

_____
Mitchell Peterson
206 West 14th Street
PO Box 1030
Sioux Falls, SD 57101-1030
Telephone: (605) 336-2880
Facsimile: (605) 335-3639
*Attorneys for Plaintiff*

3